DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES EDWARD FLAHERTY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-0401

[September 18, 2024]

*CORRECTED OPINION*

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Thomas J. Coleman, Judge; L.T. Case No. 19-011062-CF-10A.

Antony P. Ryan, Regional Counsel, and Paul O'Neil, Assistant Regional Counsel, Office of Criminal Conflict and Civil Regional Counsel, West Palm Beach, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Zi Jin Peter Chan, Assistant Attorney General, West Palm Beach, for appellee.

*ON CONFESSION OF ERROR*

PER CURIAM.

Appellant, Charles Edward Flaherty, appeals the revocation of his probation and subsequent sentencing. Appellant contends the trial court erred because the evidence was insufficient to identify Appellant as the person who committed the crimes alleged in the violation of probation affidavit. The State agrees and confesses error. After reviewing the record, we agree the trial court erred. We reverse the order revoking probation and the sentence imposed thereafter, and remand the case for the trial court to vacate those orders and to dismiss the violation proceeding. On remand, the State may attempt to prove a violation based on the same circumstances upon the filing of a new violation of probation affidavit, if the probationary period has not expired. *See Scott v. State*, 937 So. 2d 746, 749 (Fla. 4th DCA 2006); *Boyd v. State*, 1 So. 3d 1186, 1188 (Fla. 2d

DCA 2009).

*Reversed.*

KLINGENSMITH, C.J., DAMOORGIAN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***